IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK WAMBACH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 16 C 1183 |
| CHURCH & DWIGHT CO., INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On May 20 of this year (1) this Court ordered counsel for plaintiff in this action to file a response to the motion of Church & Dwight Co., Inc. to dismiss the First Amended Class Action Complaint in this action, while at the same time (2) this Court set a status hearing at 8:45 a.m. June 14. This Court's current check of the case docket reflects that plaintiffs' counsel have timely filed that response on June 9, but that they have irresponsibly failed to comply with this District Court's LR 5.2(f), which requires the prompt delivery of a paper copy of that filing to this Court's chambers.[1] Hence this Court's law clerk has had to telephone the office of plaintiffs' counsel to direct that the paper copy be delivered to this Court's chambers this afternoon together with a $100 check payable to the "Clerk of Court" as a fine for noncompliance with the District Court's LR.[2]

_____
Milton I. Shadur
Date: June 13, 2016                Senior United States District Judge

_____

[1] Such delivery, commonly referred to as a "courtesy copy," is of course intended to provide this Court with the necessary courtesy of enabling it to review the filing in advance of the status hearing date.

[2] Plaintiffs' counsel have previously delivered a separate Motion for Leave To Amend together with a proposed modified Class Action Complaint. This Court anticipates addressing that motion at the same status hearing.